**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **STEPHANIE A. ROWLAND** | § | |
| | § | |
| **V.** | § | **NO. 1:04-CV-505** |
| | § | |
| **JO ANNE BARNHART,** | § | |
| **Commissioner of Social Security** | § | |
| **Administration** | § | |

**MEMORANDUM OPINION ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct. The administrative law judge correctly determined that plaintiff's impairments, including Meniere's Disease,[1] do not provide a basis for award of disability benefits. Therefore, the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately, affirming the decision of the Commissioner and dismissing this action.

SIGNED at Beaumont, Texas, this 15th day of November, 2005.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] Meniere's Disease is defined as "hearing loss, tinnitus, and vertigo resulting from non-suppurative disease of the labyrinth with edema." Dorland's Illustrated Medical Dictionary, 29th Ed.